No. 72–5574. BRYANT *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 72–5575. HESTER *v.* BRIERLEY, WARDEN. C. A. 3d Cir. Certiorari denied.

No. 72–5578. VITORATOS *v.* CARDWELL, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 72–5580. O'BRIEN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 72–5583. ESCOFIL *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 3d Cir. Certiorari denied.

No. 72–5584. IN RE NIX. C. A. 5th Cir. Certiorari denied.

No. 72–5585. LASWELL *v.* UNITED STATES; and
No. 72–5598. BROWN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 72–5586. CASSON *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 72–5588. McCRAY *v.* WARDEN, MARYLAND PENITENTIARY. C. A. 4th Cir. Certiorari denied.

No. 72–5589. KELLY *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 72–5590. ALVAREZ *v.* UNITED STATES ET AL. C. A. 5th Cir. Certiorari denied.

No. 72–5594. TOOMEY *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 72–5595. CHAVEZ *v.* GIBBONS ET AL. C. A. 9th Cir. Certiorari denied.